**Gilion C. Dumas, OSB 922932**
gilion@dumasandvaughn.com
**Ashley L. Vaughn, OSB 114691**
ashley@dumasandvaughn.com
**Dumas & Vaughn, LLC**
3835 NE Hancock St., Ste. GL-B
Portland, Oregon 97212
Telephone: (503) 616-5007

**Carol M. Merchasin, admitted pro hac vice**
cmerchasin@mcolaw.com
**Meghna Sridhar, admitted pro hac vice**
msridhar@mcolaw.com
**McCallister Olivarius**
641 Lexington Ave., 13th Fl.
New York, NY
Telephone: (212) 433-3456

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RACHEL MARIE MONTGOMERY RAY, an individual. <br><br> Plaintiff, <br><br> v. <br><br> DZOGCHEN SHRI SINGHA FOUNDATION USA, INC., a Nevada corporation authorized to do business in Oregon; DZOGCHEN SHRI SINGHA OF PORTLAND, an Oregon corporation; DZOGCHEN BUDDHA PATH INTERNATIONAL, INC., an Oregon corporation; CARRIE URE, an individual; SEAN YOUNG, an individual; SHANNON YOUNG, an individual; TIM BATESON, an individual; ERIK JUNG, an individual; | Civil No. 3:23-cv-00233-SI <br><br> **DECLARATION OF ASHLEY L. VAUGHN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

**DECLARATION OF ASHLEY L. VAUGHN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

**MCALLISTER OLIVARIUS**
641 Lexington Ave., 13th Floor
New York, NY
Telephone: (212) 433-3456

**DUMAS & VAUGHN, LLC**
3835 NE Hancock St., Ste. GL-B
Portland, OR 97212
Telephone: (503) 616-5007

Defendants.

I, Ashley L. Vaughn, being first duly sworn upon oath, depose and say that the following facts are true and correct:

1.     I am an attorney for Plaintiff in the above-captioned lawsuit.  I make this declaration based on personal knowledge and am competent to testify as to the matters stated herein.

2.     Attached hereto as Exhibit A is a true and correct copy of the redlined, proposed First Amended Complaint.

3.     Attached hereto as Exhibit B is a true and correct clean copy of the proposed First Amended Complaint.

4.     As of the date of the filing of this motion, the parties have conducted limited document discovery.  Further conferral and possibly motion practice will be necessary to remedy discovery deficiencies.  For example, Defendant Tim Bateson, has not produced any responsive documents to Plaintiff's discovery requests.

5.     Discovery has been further postponed by several Defendants' change of counsel in early October 2023.

6.     No depositions have been conducted.

7.     Chatfield first contacted undersigned counsel in September 2023, and counsel moved to add her as a plaintiff as quickly as feasible.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST

OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE

AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

**DATED** this 9th day of January, 2024.

Respectfully submitted,

/s/ Ashley L. Vaughn
Ashley L. Vaughn, OSB No. 114691
Gilion C. Dumas, OSB No. 922932
**DUMAS & VAUGHN, LLC**

/s/ Carol M. Merchasin
Carol M. Merchasin, admitted *pro hac vice*
**MCALLISTER OLIVARIUS**

/s/ Meghna Sridhar
Meghna Sridhar, *admitted pro hac vice*
**MCALLISTER OLIVARIUS**

*Of Attorneys for Plaintiff*

**DECLARATION OF ASHLEY L. VAUGHN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

**MCALLISTER OLIVARIUS**
641 Lexington Ave., 13th Floor
New York, NY
Telephone: (212) 433-3456

**DUMAS & VAUGHN, LLC**
3835 NE Hancock St., Ste. GL-B
Portland, OR 97212
Telephone: (503) 616-5007

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have served a true copy of the foregoing document on the following by CM/ECF System Transmission and emailing to:

Tracy McGovern, OSB No. 935349
Travis Merritt, OSB No. 195857
Frohnmayer Deatherage Jamieson Moore Armosino & McGovern PC
mcgovern@fdfirm.com
merritt@fdfirm.com
*Attorneys for Defendants Dzogchen Shri Singha Foundation USA, Inc.; Dzogchen Buddha Path*
*International, Inc.; Sean Young; and Shannon Young*


Kim E. Hoyt, OSB No. 914080
Breanna L. Thompson, OSB No. 154370
Garrett Hemann Robertson PC
khoyt@ghrlawyers.com
bthompson@ghrlawyers.com
*Attorneys for Defendants Dzogchen Shri Singha of Portland*


Gregory T. Lusby, OSB No. 933490
Arnold Gallagher PC
glusby@arnoldgallagher.com
*Attorney for Tim Bateson*


Matthew J. Yium, OSB No. 054377
Foster Garvey PC
matthew.yium@foster.com
*Attorney for Eric Jung*


Taylor Duty, OSB No. 143124
JJH Law
taylor@jjh-law.com
*Attorney for Carrie Ure*


Dated:  January 9, 2024

/s/ *Ashley L. Vaughn*

Ashley L. Vaughn, OSB 114961

Page 4 -   **CERTIFICATE OF SERVICE**

**MCALLISTER OLIVARIUS**
641 Lexington Ave., 13th Floor
New York, NY
Telephone: (212) 433-3456

**DUMAS & VAUGHN, LLC**
3835 NE Hancock St., Ste. GL-B
Portland, OR 97212
Telephone: (503) 616-5007